

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
<u>100 CHURCH STREET</u>
<u>NEW YORK, NY 10007</u>

**DARA A. OLDS**
*Senior Counsel*
E-mail: dolds@law.nyc.gov

Phone: (212) 356-2385
Fax: (212) 356-3509

April 30, 2014

**<u>BY ECF</u>**
Honorable William F. Kuntz
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>Faith Green Young, as Administratrix of the Estate of James Young v. City of New York, et al.</u>, 12-cv-4190 (WFK) (RER)

Your Honor:

  I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. Enclosed for the Court's endorsement, please find a fully executed Stipulation and Order of Dismissal.

  Thank you for your consideration herein.

              Respectfully submitted,

              /s/

              Dara A. Olds
              *Senior Counsel*
              Special Federal Litigation Division

- 2 -

cc:    Earl Ward (By ECF)
       Emery Celli Brinckerhoff & Abady LLP
       Attorneys for plaintiff
       75 Rockefeller Plaza
       20th Floor
       New York, NY 10019
       (212) 763-5000

       Norman Siegel (By ECF)
       Siegel, Teitelbaum & Evans, LLP
       Attorneys for plaintiff
       260 Madison Avenue
       18th Floor
       New York, NY 10016