UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

FAITH GREEN YOUNG, as Administratrix of the Estate of her husband, JAMES YOUNG,

                              Plaintiff,

                  -against-

CITY OF NEW YORK; New York City Police ("NYPD") Detective JAMES RIVERA, Shield # 5027; NYPD Detective EDWARD SINCLAIR, Shield # 5116; NYPD Detective WARREN ROHAN, Shield #2378; NYPD Detective WALIUR RAHMAN, Shield #6428; NYPD Detective SAMUEL LALLAVE, Shield #3824; and NYPD Lieutenant JOHN COSTIN,

                              Defendants.

---------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

12 Civ. 4190 (WFK) (RER)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Earl S. Ward
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019
(212) 763-5000

By: _____ 4/24/14
Earl S. Ward
Attorney for plaintiff FAITH GREEN
YOUNG, as Administratrix of the
Estate of her husband, JAMES
YOUNG

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007
(212) 356-2385

By: _____ 4/30/14
Dara Olds
Senior Counsel

Norman Siegel
Siegel, Teitelbaum & Evans, LLP
260 Madison Avenue
22nd Floor
New York, NY 10016
(212) 455-0300

By: _____ 4/24/14
Norman Siegel
Attorney for plaintiff FAITH GREEN
YOUNG, as Administratrix of the
Estate of her husband, JAMES
YOUNG

**SO ORDERED:**
　　s/WFK
_____
HONORABLE WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE