RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
O. ANDREW F. WILSON
KATHERINE ROSENFELD
ELIZABETH S. SAYLOR
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO
VASUDHA TALLA
ALISON FRICK
DAVID LEBOWITZ
HAYLEY HOROWITZ

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
75 ROCKEFELLER PLAZA, 20TH FLOOR
NEW YORK, NEW YORK 10019

TELEPHONE
(212) 763-5000
FACSIMILE
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
DIANE L. HOUK

June 5, 2014

**By ECF**

Hon. William F. Kuntz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:     *Young v. City of New York, et al.*, No. 12 Civ. 4190 (WFK)(RER)

Dear Judge Kuntz:

      This firm, together with Siegel Teitelbaum & Evans, LLP, represents plaintiff Faith Green Young, the wife of James Young and the administratrix of Mr. Young's estate. Pursuant to N.Y. E.P.T.L. § 5-4.6, we write to request that the Court approve and endorse the proposed Order of Compromise submitted herewith.

      The proposed Order of Compromise approves of the settlement of $832,500 recently entered into by the parties, and approves of disbursements and attorneys' fees for this action. The proposed Order of Compromise is annexed as Exhibit C to the Declaration of Faith Green Young in Support of Order of Compromise that is enclosed with this letter, along with the undersigned Attorney's Declaration in Support of Order of Compromise. Once this Court approves the Order of Compromise, we will file a petition on behalf of Ms. Young with the Surrogate's Court in Kings County to resolve the allocation and distribution of the settlement proceeds.

      Counsel for defendants consents to the proposed Order of Compromise annexed as Exhibit C to the Declaration of Faith Green Young in Support of Order of Compromise.

We thank the Court for its consideration.

Respectfully submitted,

/s

Earl S. Ward

Enclosure

c.      Dara Olds, Esq., *by ECF*