UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FAITH GREEN YOUNG, as Administratrix            12 Civ. 4190 (WFK)(RER)
of the Estate of her husband JAMES YOUNG,

        Plaintiff,

   -against-                                                                     **ORDER OF COMPROMISE**

CITY OF NEW YORK; New York City Police ("NYPD")
Detective JAMES RIVERA, Shield # 5027;
NYPD Detective EDWARD SINCLAIR, Shield # 5116;
NYPD Detective WARRAN ROHAN, Shield # 2378;
NYPD Detective WALIUR RAHMAN, Shield # 6428;
NYPD Detective SAMUEL LALLAVE, Shield # 3824;
and NYPD Lieutenant JOHN COSTIN,

        Defendants.
------------------------------------------------------------------x

       **WHEREAS**, plaintiff Faith Green Young, as Administratrix of the Estate of James Young, commenced the above-captioned action in the Eastern District of New York, 12 Civ. 4190 (WFK)(RER);

       **WHEREAS**, on April 30, 2014, the parties entered into a Stipulation of Settlement and Order of Dismissal settling plaintiff's case for Eight Hundred Thirty-Two Thousand Five Hundred Dollars ($832,500.00);

       **WHEREAS**, on April 30, 2014, the Court endorsed the Stipulation of Settlement and Order of Dismissal settling plaintiff's case for Eight Hundred Thirty-Two Thousand Five Hundred Dollars ($832,500.00); and

       **WHEREAS**, pursuant to N.Y. E.P.T.L. § 5-4.6, plaintiff Faith Green Young has requested that this Court approve counsels' attorneys' fees and disbursements.

1

**IT IS ORDERED** that:

1. The Stipulation of Settlement and the $832,500.00 settlement (100% to wrongful death for economic loss to Faith Green Young resulting from James Young's death) to resolve this action are approved. Plaintiff Faith Green Young, as Administratrix of the Estate of James Young, is authorized to settle and discontinue the claims and causes of action of the estate against the defendants.

2. No later than ninety (90) days from defendant City of New York's receipt of the "Affidavit of Status of Liens of Plaintiff Faith Green Young as Administratrix of the Estate of James Young" executed by plaintiff Faith Green Young and a General Release executed by plaintiff Faith Green Young, the City of New York shall deliver to plaintiff's counsel a check made payable to "Emery Celli Brinckerhoff & Abady LLP, as Attorneys for Faith Green Young, as Administratrix of the Estate of James Young," in the amount of Eight Hundred Thirty-Two Thousand Five Hundred Dollars ($832,500.00) (hereinafter the "Settlement Amount").

3. Plaintiff's counsel shall deposit the Settlement Amount in an interest bearing escrow account (the "Account").

4. Of the Settlement Amount, $277,500.00 is approved as the attorneys' fees of plaintiff's counsel, Emery Celli Brinckerhoff & Abady LLP and Siegel Teitelbaum & Evans, LLP, for services rendered to the Administratrix in connection with this action.

5. Of the Settlement Amount, $10,837.21 is approved as disbursements of Emery Celli Brinckerhoff & Abady LLP as attorneys for the Administratrix herein.

6. Of the Settlement Amount, $11,250 is approved as future anticipated costs and shall be placed in an interest-bearing escrow account to be used by Emery Celli Brinckerhoff & Abady LLP and/or Siegel Teitelbaum & Evans, LLP to cover costs incurred in connection with the estate distribution proceeding in Surrogate's Court, Kings County.

7. To the extent not already paid, Emery Celli Brinckerhoff & Abady LLP shall pay from the Account all due and payable expenses, excluding attorneys' fees, approved by the Court.

8. All attorneys' fees approved by this Court for the prosecution of this action, inclusive of all disbursements, shall be immediately payable from the Settlement Amount upon submission to this Court of proof that a petition for allocation and distribution has been filed in the Kings County Surrogate's Court on behalf of the decedent James Young's estate.

9. Emery Celli Brinckerhoff & Abady LLP and Siegel Teitelbaum & Evans, LLP shall continue to serve as attorneys for the estate until the entry of a final decree in the Surrogate's Court.

s/WFK

Dated: June 5, 2014

HON. WILLIAM F. KUNTZ, U.S.D.J.

3